1  ROBERT P. HAMILTON - State Bar #115744
2  JAMES F. HETHERINGTON – State Bar #151331
   GOODMAN NEUMAN HAMILTON LLP
3  One Post Street, Suite 2100
   San Francisco, California  94104
4  Telephone:  (415) 705-0400
   Facsimile:  (415) 705-0411
5  rhamilton@gnhllp.com
   jhetherington@gnhllp.com
6
   Attorneys for Defendant
7  VICTORIA'S SECRET STORES, LLC

8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA

10

11 | KELLY MOLINA,                          | Case No. 2:19-cv-02117-MCE-EFB
12 |                    Plaintiff,          |
13 | vs.                                    | **STIPULATION AND ORDER RE: MODIFICATION TO JOINT RULE 26(f) REPORT DEADLINES**
14 | VICTORIA'S SECRET STORES,              |
   | LLC and DOES 1 through 25,             |
15 |                                        |
16 |                    Defendants.         | *Action Filed:   09/13/2019*

17

18     The parties to the above entitled action have met and conferred with respect to
19 pending deadlines in this matter. Given the difficulties in completing fact discovery
20 during shelter in place orders the parties have stipulated to and propose to the Court a
21 thirty (30) day extension to complete non expert discovery and continue all other dates as
22 a result of this extension.
23     The stipulation, if approved by the Court, would modify the dates as follows:

|                               | Current Date | New Date   |
|-------------------------------|--------------|------------|
| Non-expert Discovery cutoff   | 10/19/2020   | 11/18/2020 |
| Expert Disclosure/Reports     | 12/18/2020   | 1/19/2021  |
| Supplemental Experts          | 1/18/2021    | 2/18/2021  |

-1-
STIPULATION AND ORDER RE: EXTENSION OF DATES

| Notice of Trial Readiness | 2/18/2021 | 3/22/2021 |

There have no prior requests for extension of time in this matter and no pending Court hearings.

The parties respectfully request the Court approve the proposed order.

### ECF CERTIFICATION

I, Richard D. Silvestri, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

Dated: October 9, 2020                    GAVRILOV & BROOKS

                                          By:/s/
                                             RICHARD D. SILVESTRI
                                             Attorneys for Plaintiff KELLY MOLINA

### ECF CERTIFICATION

I, James F. Hetherington, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

DATED:  October 16, 2020                  GOODMAN NEUMAN HAMILTON LLP

                                          By:/s/
                                             ROBERT P. HAMILTON
                                             JAMES F. HETHERINGTON
                                             Attorneys for Defendant
                                             VICTORIA'S SECRET STORES, LLC

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
STIPULATION AND ORDER RE: EXTENSION OF DATES

# ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the proposed extension of time is approved. The new Rule 26(f) deadlines are as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | November 18, 2020 |
| Expert Disclosure/Reports: | January 19, 2021 |
| Supplemental Experts: | February 18, 2021 |
| Notice of Trial Readiness: | March 22, 2021 |

**IT IS SO ORDERED.**

Dated: October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE